UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

SAYIDEN HUSSEIN MOHAMED,

                Plaintiff,

    v.

DOCTOR KAMI HARLESS,

                Defendant.

Case No. C16-1542-RSL

ORDER DISMISSING CIVIL RIGHTS COMPLAINT

      The Court, having reviewed plaintiff's complaint, the Report and Recommendation of the Honorable James P. Donohue, United States Magistrate Judge, any objections thereto, and the remaining record, hereby finds and ORDERS:

      (1)    The Report and Recommendation is approved and adopted.

      (2)    Plaintiff's complaint (Dkt. 5) and this action are DISMISSED, with prejudice, pursuant to 28 U.S.C. § 1915(e)(2)(B)(ii) for failure to state a claim upon which relief may be granted.

//

//

ORDER DISMISSING CIVIL
RIGHTS COMPLAINT - 1

(3) The Clerk is directed to send copies of this Order to plaintiff and to the Honorable James P. Donohue.

DATED this 5th day of January, 2017.

*/s/ Robert S. Lasnik*
Robert S. Lasnik
United States District Judge

ORDER DISMISSING CIVIL
RIGHTS COMPLAINT - 2